AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

ELIJAH BERNARD BROWNLEE,

Plaintiff,

JUDGMENT IN A CIVIL CASE

**V.**

CASE NUMBER: 4:23-cv-249

SHALENA COOK JONES, et al,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Order entered on November 20, 2023, the Court dismisses Plaintiff's complaint for failing to obey a court order and failing to prosecute his case. This case stands closed.

Approved by: _____

__November 20, 2023__                          John E. Triplett, Clerk of Court
*Date*                                          *Clerk*

                                                _____
                                                *(By) Deputy Clerk*

GAS Rev 10/2020